UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ARLENE BUTTERS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 2:08CV55 JCH |
| | ) |
| DAVID ASH, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' motion to strike Community State Bank's motion to dismiss [#30] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiffs' motion for extension of time [#31] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs' response to Community State Bank's and to McIlroy and Millan Law Firm's motions to dismiss shall be due no later than **April 20, 2009**.

Dated this 31st Day of March, 2009.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE