## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN THE ESTATE OF DAVID BUTTERS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 2:08CV55 JCH |
| DAVID H. ASH, et al., | ) ) | |
| Defendants. | ) | |

## **ORDER OF DISMISSAL**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**.

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

Dated this 28th Day of May, 2009.


/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE